HMK/mhb FS 7950, FS 7911

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,                07 CIV 10439 (DC)(GWG)
                                                        ECF CASE

    -against-

M/V GROUSE ARROW, M/V BERGEN ARROW,    **RULE 7.1 STATEMENT**
their engines, boilers, tackle, etc., JEBSEN KG,
GEARBULK SHIPOWNING LTD.,
GEARBULK AG

                Defendants.
------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: November 16, 2007

                                                  KINGSLEY, KINGSLEY & CALKINS
                                                  Attorneys for Plaintiff


                                                  BY: __/S/_____
                                                      HAROLD M. KINGSLEY
                                                      91 W. Cherry Street
                                                      Hicksville, New York 11801
                                                      (516) 931-0064