UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAN FERROSTAAL, INC.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　-V-<br><br>M/V GROUSE ARROW, M/V BERGEN ARROW, their engines, boilers, tackle, etc., JEBSEN KG, GEARBULK SHIPOWNING LTD., GEARBULK AG<br>　　　　　　　　　　Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 10439 (DC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 30TH  day of November, 2007

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 19TH  day of November, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 895 956 US**

_J. Michael McMahon_
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

November 28, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   M/V  GROUSE ARROW
      07 CV 10439 (DC)
      Our Ref: FS 7950

Sir:

Please serve the enclosed Summons and Complaint on the following defendants ules of Civil Procedure Rule 4: (f)(2)© (ii):

Very truly yours,

[signature]

**Receipt for Registered Mail (PS Form 3806, June 2002):**

- Registered No.: RR632895056US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Postage: $1.80
- Return Receipt: $2.15
- Restricted Delivery: $0.00
- Date Stamp: 0004 / 08 / 11/30/07
- Customer Must Declare Full Value: $0.00
- Without Postal Insurance (checked)
- FROM: Kingsley Kingsley & Calkins, 91 West Cherry Street, Hicksville, NY 11801
- Our File No.: FS7950
- TO: GEARBULK A.G., Zugerstrasse 50, CH Switzerland, 6340 Baur, SWITZERLAND

For delivery information, visit our website at www.usps.com ®