UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
NOV 3 0 2007
S.D. OF N.Y.

| | |
|---|---|
| MAN FERROSTAAL, INC. | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| M/V GROUSE ARROW, M/V BERGEN ARROW, their engines, boilers, tackle, etc., JEBSEN KG, GEARBULK SHIPOWNING LTD., GEARBULK AG | |
| Defendants, | 07 CV 10439 (DC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**30TH day of November, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**19TH day of November, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

<u>RB 632 895 973 US</u>

J. Michael McMahon

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

November 28, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  M/V  GROUSE ARROW
> 07 CV 10439 (DC)
> Our  Ref: FS 7950

Sir:

Please serve the enclosed Summons and Complaint on the following defendants by registered mail pursuant to Federal Rules of Civil Procedure Rule 4: (f)(2)© (ii):

ei 38,

Bergen

Very truly yours,

| Registered No. | | | Date Stamp | |
|---|---|---|---|---|
| | RB6329859711S | | | |
| Reg. Fee | $10.15 | | 0004 | |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 08 |
| Postage | $1.80 | Restricted Delivery | $0.00 | 11/30/07 |
| Received by | | | Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | |
| Customer Must Declare Full Value $ $0.00 | | With Postal Insurance  ☐  Without Postal Insurance  ☒ | | |

OFFICIAL USE

| | 1003 |
|---|---|
| FROM | Kingsley Kingsley & Calkins |
| | 91 W. Cherry Street |
| | Hicksville, NY 11801 |
| | (FS7950) |
| TO | Jebsen Kq |
| | Folks bernadottes vei 38 |
| | Fyllingsdalen, 5147 Bergen |
| | NORWAY |

PS Form 3806,    Receipt for Registered Mail    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®