UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.

                Plaintiff,

                -V-

M/V GROUSE ARROW, M/V BERGEN ARROW, their engines, boilers, tackle, etc., JEBSEN KG, GEARBULK SHIPOWNING LTD., GEARBULK AG
                Defendants,

**CERTIFICATE OF MAILING**

07 CV 10439 (DC)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 30TH day of November, 2007

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 19TH day of November, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 895 960 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

November 28, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: M/V GROUSE ARROW
07 CV 10439 (DC)
Our Ref: FS 7950

Sir:

Please serve the enclosed Summons and Complaint on the following defendants pursuant to the Federal Rules of Civil Procedure Rule 4: (f)(2)(c) (ii):

GEARBULK SHIPOWNING LTD.
Folks Bernadottes vei 38,
Fyllingsdalen, 5147 Bergen
NORWAY

Very truly yours,

