BLANK ROME, LLP
Attorneys for Defendants
GEARBULK SHIPOWNING LTD.,
GEARBULK AG
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC.,<br><br>    Plaintiff,<br><br> - against -<br><br>M/V GROUSE ARROW, M/V BERGEN ARROW, their engines, boilers, tackle, etc., JEBSEN KG, GEARBULK SHIPOWNING LTD., GEARBULK AG,<br><br>    Defendants. | 07 Civ.<br><br>**F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for GEARBULK SHIPOWNING LTD., GEARBULK AG certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
   December 31, 2007

               Respectfully submitted,
               BLANK ROME, LLP
               Attorneys for Defendants GEARBULK
               SHIPOWNING LTD., GEARBULK AG

               By: /s/ Jeremy J.O. Harwood
               Jeremy J.O. Harwood (JH 9012)
               405 Lexington Avenue
               New York, NY 10174
               Tel.: (212) 885-5000