UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
<u>500 PEARL STREET NEW YORK, N.Y. 10007</u>

**J. Michael McMahon**
**Clerk of the Court**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

- - - - - - - - - - - - - - - - - - - - - - - - - - x
Man Ferrostaal, Inc.,

        Plaintiff(s),            07  Civ. 10439  (DC)

- against -

M/V Grouse Arrow, et al.,

        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - x

      The above-captioned action has been assigned to Judge Denny Chin.

      Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

      This conference will be held on <u>April 4, 2008 at 11:30 A.M.</u>, in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

      **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
           March 11, 2008

                                                            Sincerely,

                                                            David Tam
                                                             Courtroom Deputy Clerk
                                                             U.S.D.C. - S.D.N.Y.
                                                             500 Pearl Street, Rm. 1020
                                                             New York, New York  10007
                                                             (212) 805-0096